ORIGINAL

**FILED**

05/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0217

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0217

REGINALD BALL,

Petitioner,

v.

BRIAN GOOTKIN, Director, Montana
Department of Corrections, et al.,

Respondents.

FILED

MAY 17 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Reginald Ball has filed a Petition for Writ of Mandamus, or alternatively, a Writ of Prohibition, against Director Brian Gootkin of the Department of Corrections, because the Montana State Prison has unlicensed barbers as part of its barber shop services. Ball contends that these unlicensed barbers provide "services in violation of section 37-31-301, [MCA], Prohibited Acts." Ball states that these current barbers do not know how to cut his hair properly because he is African-American. Ball adds that the State is paying these barbers. He puts forth that "the Respondent is operating an unlicensed barber shop and is employing unlicensed barbers to render these services," in violation of statutory law. He concludes that Director Gootkin has a clear and legal duty "to follow the law(s) of the State of Montana . . . ."

A writ of mandamus, also known as mandate, is specific and statutorily driven. To state a claim for mandamus, a party must show entitlement to the performance of a clear legal duty by the party against whom the writ is directed and the absence of a plain, speedy, and adequate remedy at law. Section 27-26-102, MCA; *Smith v. Missoula Co.,* 1999 MT 330, ¶ 28, 297 Mont. 368, 992 P.2d 834.

A writ of mandamus requires two elements. Section 27-26-102, MCA; *Smith,* ¶ 28. To perfect this claim, Ball must show a clear legal duty along with the lack of another

remedy. A writ of mandate will not issue absent the availability of another remedy in the ordinary course of law. *Smith*, ¶ 28; § 27-26-102, MCA. Ball has a plain and adequate remedy. Ball may seek a separate civil action concerning his claims. Ball is not entitled to a writ of mandate. Accordingly,

IT IS ORDERED that Ball's Petition for Writ of Mandamus, or alternatively a Writ of Prohibition, is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Reginald Ball personally.

DATED this 17 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2